United States Courts Southern
District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

April 10, 2022

# United States District Court

Nathan Ochsner, Clerk of Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Celerino Juarez-Cruz

## CRIMINAL COMPLAINT

Case Number: M-22-0687-M

IAE  YOB: 1991
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __April 9, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ __(Felony)__
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Celerino Juarez-Cruz was encountered by Border Patrol Agents near Roma, Texas on April 9, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on April 8, 2022, near Roma, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on October 28, 2021, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On September 23, 2021, the defendant was convicted of 8 USC 1324, Conspiracy to Transport Undocumented Aliens and sentenced to time served and a two (2) year Supervised Released Term.

Continued on the attached sheet and made a part of this complaint:   [x] Yes   [ ] No

Complaint authorized by AUSA S. Dipiazza
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/   Shakira Singho
Signature of Complainant

April 10, 2022   at 10:06 p.m.

Shakira Singho   Border Patrol Agent

J. Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer